IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DINH K. PHAM and MINDY TRAN | § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. G-06-CV-576 |
| TOYOTA MOTOR CORP., et al., | § § | |
| Defendants. | § § | |

## ORDER AMENDING ORDER OF REMAND

On January 4, 2007, this Court entered an Order of Remand in this case. While this case was removed from the 239th Judicial District of Brazoria County, the Court's order inadvertently stated that it was remanding the case to the 239th Judicial District of Galveston County. Accordingly, the Court **AMENDS** its Order of January 4th. Specifically, the language remanding the case to Galveston County in both the first and last paragraphs of the Order is amended to read Brazoria County. The remainder of the Order stands. This case is **REMANDED** to the 239th Judicial District of Brazoria County, Texas.

**IT IS SO ORDERED.**

**DONE**, this 22nd day of January, 2007 at Galveston, Texas.

Samuel B. Kent
United States District Judge